**Order entered July 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00588-CV

**TRANSCONTINENTAL REALTY INVESTORS, INC., Appellant**

**V.**

**ORIX CAPITAL MARKETS LLC AND WELLS FARGO BANK MINNESOTA, N.A.,**
**Appellees**

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 11-15428

## ORDER

Appellant has filed a motion for an extension of time to file a motion for rehearing. Appellees filed a response opposing appellant's motion but requesting if the motion is granted that they be allowed the same extension of time to file a motion for rehearing. We **GRANT** appellant's motion and appellees' request for an extension of time to file their motions for rehearing, and the time for appellant and appellees to file motions for rehearing is **EXTENDED** to July 21, 2015. No further extensions will be granted absent a showing of extraordinary circumstances.

/s/    LANA MYERS
        JUSTICE